No. 688, Misc. McKoy *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 716, Misc. VAN EYK *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 719, Misc. BENDER *v.* PATE, WARDEN. Circuit Court of Macoupin County, Illinois. Certiorari denied.

No. 721, Misc. MOULSDALE *v.* DIRECTOR OF PATUXENT INSTITUTION. Court of Appeals of Maryland. Certiorari denied.

No. 741, Misc. ROBISON *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 780, Misc. MACGREGOR *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 784, Misc. LINK *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 801, Misc. SMITH *v.* DUNCAN, U. S. DISTRICT JUDGE. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Isabel L. Blair* for respondent.

No. 811, Misc. LADSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Daniel H. Greenberg* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.